

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**J. KEVIN SHAFFER**
Assistant Corporation Counsel
Labor & Employment Law Division
(212) 356-1105
jshaffer@law.nyc.gov

December 8, 2020

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Conference is hereby adjourned , and if necessary, a hearing shall be scheduled once the motion for reconsideration is fully briefed.

So ordered,
/s/
Alvin K. Hellerstein
12/8/20

Re:   Achmat Akkad v. The City of New York and Former Commissioner Loree
      Sutton, in her individual capacity
      20 Civ. 4152 (AKH) (GWG)

Dear Judge Hellerstein:

  I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing Defendants the City of New York ("City") and Loree Sutton ("Sutton") in the above-referenced action.  I write to request an adjournment of the initial conference scheduled for December 10, 2020, until after the Court issues an order regarding Plaintiff's pending motion for reconsideration of the Court's Order dated October 19, 2020, and for leave to file an Amended Complaint as to previously dismissed claims (ECF Dkt. No. 22).  Plaintiff's counsel has consented to this request.  This is Defendants' first request for an adjournment of the initial conference in this matter.

  On October 19, 2020, the Court partially granted Defendants' motion to dismiss, and ordered Plaintiff to file an Amended Complaint "conforming to these rulings."  (ECF Dkt. No. 20).  On November 2, 2020, Plaintiff filed a motion for reconsideration of that order, and for leave to file an Amended Complaint as to claims which the Court dismissed on October 19, 2020.  (ECF Dkt. No. 22).  On November 13, 2020, the Court granted the parties' joint motion, extending Defendants' time to file opposition until December 7, 2020, as well as extending the time for Plaintiff to file an Amended Complaint until after the Court resolves Plaintiff's motion for reconsideration.  (ECF Dkt. No. 25).  Defendants filed opposition to Plaintiff's motion for reconsideration and leave to amend yesterday, December 7, 2020, (ECF Dkt. No. 26) and Plaintiff's reply is currently due on or before December 14, 2020.

  In accordance with the Court's Individual Rule 2.A, stating that "[c]onferences in all civil cases will generally be called after Answers are filed," and in light of the fact that Plaintiff's motion for leave to file an Amended Complaint is pending, and thus, Defendants have

not yet filed an Answer, Defendants respectfully request that the Court adjourn the initial conference scheduled for December 10, 2020, until after the Court issues an order regarding Plaintiff's pending motion for reconsideration and leave to amend.  I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ J. Kevin Shaffer*

J. Kevin Shaffer
Assistant Corporation Counsel

Cc:     Law Offices of Deborah H. Karpatkin (By ECF)
        *Attorney for Plaintiff*