UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :

ACHMAT AKKAD,

                              Plaintiff,

        v.

CITY OF NEW YORK, *et al.*,

                            Defendants.
-------------------------------------------------------------- X

**ORDER WITHDRAWING CASE FROM MEDIATION**

20 Civ. 4152 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        IT IS HEREBY ORDERED that although this case is subject to automatic referral into the Court's Mediation Program, the case shall not so participate. All case tracking deadlines associated with mediation are canceled. I will preside over this case in normal fashion, under the Federal Rules of Civil Procedure, Local Rules of Court, and my Individual Rules of Practice.

SO ORDERED.

Dated:     May 20, 2021                            __/s/ Alvin K. Hellerstein____
            New York, New York                  ALVIN K. HELLERSTEIN
                                                                    United States District Judge